# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT S. BEM, JR., | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-00067-JAD-NJK |
| vs. | ) | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, | ) | |
| Defendant(s). | ) | |

"A party, not the district court, bears the burden of keeping the court apprised of any changes in [her] mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). Additionally, Local Special Rule 2-2 requires that plaintiffs immediately file with the Court written notification of any change of address, and expressly warns that failure to do so may result in dismissal of the action with prejudice. Local Special Rule 2-2 applies to *pro se* plaintiffs, such as Plaintiff here. *See, e.g.*, *Hoilien v. Bank of America*, 2011 WL 933775, *1 (D. Nev. Mar. 16, 2011) (citing *ACV Int'l, LLC v. White*, 2008 WL 5273694, *2 (D. Nev. Dec. 16, 2008)).

The Court has now received a notice that mail sent to Plaintiff has been returned as undeliverable and that no new address is available. *See* Docket No. 5. Accordingly, Plaintiff is hereby **ORDERED** to file a notice with the Court, no later than February 13, 2015, providing his current mailing address.

//

**The failure to comply with this order will result in an order to show cause why sanctions should not be imposed, up to and including case-dispositive sanctions**.

IT IS SO ORDERED.

DATED: January 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge