UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Robert S. Bem, Jr.,

    Plaintiff

v.

Clark County School District,

    Defendant

Case No.: 2:15-cv-67-JAD-NJK

**Order Adopting Report and Recommendation [Doc. 10] and Dismissing Action Without Prejudice**

Magistrate Judge Nancy Koppe entered a report and recommendation on March 6, 2015, recommending dismissal of plaintiff Robert S. Bem's complaint without prejudice for his failure to keep the court apprised of his mailing address. Doc. 10. Objections were due March 23, 2015. Bem filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Koppe's report and recommendation **[Doc. 10] is ADOPTED**.

It is FURTHER ORDERED that Bem's complaint is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is instructed to close this case.

DATED March 24, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).